Fill in this information to identify the case:

United States Bankruptcy Court for the:

**Southern District of California**

Case number (if known): _____    Chapter __11__

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| **1. Debtor's name** | **RMBQ, Inc.** |

| | |
|---|---|
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | **dba Ramones Mexican BBQ**<br>**dba California Burrito Company LLC**<br>**dba Craft Burrito Company** |

| | |
|---|---|
| **3. Debtor's federal Employer Identification Number (EIN)** | **4 6 – 4 7 2 1 6 7 6** |

**4. Debtor's address**

**Principal place of business**

**303 Industrial Way, Ste. 4**
Number        Street

**Fallbrook, CA 92028**
City                    State    ZIP Code

**San Diego**
County

**Mailing address, if different from principal place of business**

Number        Street

City                    State    ZIP Code

**Location of principal assets, if different from principal place of business**

**Area 62 BM**

**62407 E St**
Number        Street

**Camp Pendleton, CA 92055**
City                    State    ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **RMBQ, Inc.**
_____     Case number *(if known)* _____
Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

<u>7  2</u>  ___  ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                                                  MM / DD / YYYY

           District _____ When _____ Case number _____
                                                  MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

           District _____ When _____
                                                       MM / DD / YYYY

           Case number, if known _____

Debtor    **RMBQ, Inc.**

Name                                    Case number *(if known)*

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br><br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>       **Why does the property need immediate attention?** *(Check all that apply.)*<br><br>       ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>       What is the hazard? _____<br><br>       ☐ It needs to be physically secured or protected from the weather.<br><br>       ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>       ☐ Other _____<br><br>       **Where is the property?** _____<br>                    Number       Street<br><br>                    City                           State     ZIP Code<br><br>       **Is the property insured?**<br>       ☐ No<br>       ☐ Yes.    Insurance agency _____<br>                   Contact name _____<br>                   Phone _____ |

## ▌ Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☐ 1-49   ☑ 50-99      ☐ 1,000-5,000  ☐ 5,001-10,000    ☐ 25,001-50,000  ☐ 50,000-100,000<br>☐ 100-199  ☐ 200-999   ☐ 10,001-25,000              ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000            ☐ $1,000,001-$10 million    ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000     ☐ $10,000,001-$50 million   ☐ $1,000,000,001-$10 billion<br>☑ $100,001-$500,000     ☐ $50,000,001-$100 million  ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million     ☐ $100,000,001-$500 million  ☐ More than $50 billion |

Debtor  **RMBQ, Inc.**
Name

Case number *(if known)*

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --**  Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **04/16/2025**
MM/ DD/ YYYY

**X  /s/ Raymond Gomez**
Signature of authorized representative of debtor

**Raymond Gomez**
Printed name

Title  **Chief Executive Officer**

**18. Signature of attorney**

**X  /s/ Joanne P. Sanchez**
Signature of attorney for debtor

Date  **04/16/2025**
MM/ DD/ YYYY

**Joanne P. Sanchez**
Printed name

**Sanchez & Baltazar Attorneys, P.C.**
Firm name

**1140 S. Tremont Street, Suite 105**
Number        Street

**Oceanside**
City

**CA**
State

**92054**
ZIP Code

**(760) 302-4652**
Contact phone

**joanne@sanchezbaltazar.com**
Email address

**320070**
Bar number

**CA**
State

| Debtor | **RMBQ, Inc.** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

| 16. Estimated liabilities | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. Declaration and signature of authorized representative of debtor | ▪ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
|---|---|
| | ▪ I have been authorized to file this petition on behalf of the debtor. |
| | ▪ I have examined the information in this petition and have a reasonable belief that the information is true and correct. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **04/16/2025**
                MM/  DD/  YYYY

_____          **Raymond Gomez**
Signature of authorized representative of debtor          Printed name

Title   **Chief Executive Officer**

| 18. Signature of attorney | X _____/s/ Joanne P. Sanchez_____ | Date **04/16/2025** |
|---|---|---|
| | Signature of attorney for debtor | MM/  DD/  YYYY |

**Joanne P. Sanchez**
Printed name

**Sanchez & Baltazar Attorneys, P.C.**
Firm name

**1140 S. Tremont Street, Suite 105**
Number          Street

| **Oceanside** | **CA** | **92054** |
|---|---|---|
| City | State | ZIP Code |

| **(760) 302-4652** | **joanne@sanchezbaltazar.com** |
|---|---|
| Contact phone | Email address |

| **320070** | **CA** |
|---|---|
| Bar number | State |

Fill in this information to identify the case:

Debtor Name  **RMBQ, Inc.**

United States Bankruptcy Court for the:  **Southern**  District of  **California**
(State)

Case number (If known):

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property
12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:    Cash and cash equivalents

1.  **Does the debtor have any cash or cash equivalents?**

    ☐ No. Go to Part 2.
    ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

2.  **Cash on hand**

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Chase** | **Checking account** | **0  0  1  1** | $53.56 |
| 3.2. | **Chase** | **Checking account** | **0  0  0  3** | $32.60 |
| 3.3. | **Chase** | **Checking account** | **9  0  9  7** | $23,900.00 |
| 3.4. | **Chase** | **Checking account** | **1  7  8  5** | $4,036.00 |

4.  **Other cash equivalents** *(Identify all)*

| 4.1 | **EPX** | $94,935.44 |
|---|---|---|

5.  **Total of Part 1**

    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    | **$122,957.60** |

## Part 2:    Deposits and prepayments

6.  **Does the debtor have any deposits or prepayments?**

    ☐ No. Go to Part 3.
    ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7.  **Deposits, including security deposits and utility deposits**

    Description, including name of holder of deposit

| Debtor | **RMBQ, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| 7.1 | **Number2PC, LLC** | $7,001.00 |
| 7.2 | **DMBB, LLC** | $23,678.46 |

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1 _____   _____

8.2 _____   _____

**9. Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.

$30,679.46

---

**Part 3:** Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

**Current value of debtor's interest**

**11. Accounts receivable**

11a. 90 days old or less: _____ - _____ = .....➡   _____
              face amount         doubtful or uncollectible accounts

11b. Over 90 days old: **$183,627.00** - **unknown** = .....➡   **unknown**
              face amount         doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

---

**Part 4:** Investments

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1 _____   _____   _____

14.2 _____   _____   _____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                              % of ownership:

15.1 _____   _____   _____   _____

15.2 _____   _____   _____   _____

---

Debtor    **RMBQ, Inc.**
_____
Name

Case number *(if known)* _____

---

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1 _____    _____    _____

16.2 _____    _____    _____

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.                                    | _____ |

| Part 5: | Inventory, excluding agriculture assets |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** <br> _____ | _____ <br> MM / DD / YYYY | _____ | _____ | _____ |
| **20. Work in progress** <br> _____ | _____ <br> MM / DD / YYYY | _____ | _____ | _____ |
| **21. Finished goods, including goods held for resale** <br> _____ | _____ <br> MM / DD / YYYY | _____ | _____ | _____ |
| **22. Other inventory or supplies** <br> **Perishables- Food is purchased daily.** | **04/15/2025** <br> MM / DD / YYYY | $300.00 | Purchase price | $300.00 |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.                                    | $300.00 |

24. **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

Debtor    **RMBQ, Inc.**
_____    Case number *(if known)* _____
Name

---

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |

33. **Total of Part 6**
Add lines 28 through 32. Copy the total to line 85.

[_____]

34. **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

---

| Debtor | **RMBQ, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| | General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | **Kitchen Equipment (see attached)** | unknown | **Comparable sale** | **$32,575.00** |
| | **Area 43 Trailer** | unknown | **Trailer valued with kitchen equipment previously listed** | **$0.00** |
| | **Area 23 Trailer** | unknown | **Trailer valued with kitchen equipment previously listed** | **$0.00** |
| | **Area 22 Trailer** | unknown | **Trailer valued with kitchen equipment previously listed** | **$0.00** |
| | **Area 14 Trailer** | unknown | **Trailer valued with kitchen equipment previously listed** | **$0.00** |
| | **Computers, printer/scanner, file cabinets, monitors, office chairs, misc. office items.** | unknown | **Comparable sale** | **$650.00** |
| 42. | **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| | 42.1 | | | |
| | 42.2 | | | |
| | 42.3 | | | |
| 43. | **Total of Part 7**<br>Add lines 39 through 42. Copy the total to line 86. | | | **$33,225.00** |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   ☑ No
   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

**Part 8:**   Machinery, equipment, and vehicles

Debtor     **RMBQ, Inc.**                                          Case number *(if known)* _____
           Name

---

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 **2006 Ford E350** | $500.00 | KBB | $500.00 |
| 47.2 **2016 Ford Transit** | $1,300.00 | KBB | $1,300.00 |
| 47.3 **1998 Ford GMC Truck / Food Truck-** | $6,000.00 | KBB | $6,000.00 |
| 47.4 **2014 Chevy Truck** | unknown | | $1,000.00 |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | | | |
| 48.2 | | | |
| 49. **Aircraft and accessories** | | | |
| 49.1 | | | |
| 49.2 | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| | | | |

51. **Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.

$8,800.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 9:**     Real property

54. **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.
☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

---

| Debtor | **RMBQ, Inc.** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | Name | | | | |

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | _____ | _____ | _____ |
| 55.2 _____ | _____ | _____ | _____ | _____ |
| 55.3 _____ | _____ | _____ | _____ | _____ |
| 55.4 _____ | _____ | _____ | _____ | _____ |
| 55.5 _____ | _____ | _____ | _____ | _____ |
| 55.6 _____ | _____ | _____ | _____ | _____ |

56. **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

[ _____ ]

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | _____ | _____ | _____ |
| 61. **Internet domain names and websites**<br>_____ | _____ | _____ | _____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | _____ | _____ | _____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | _____ | _____ | _____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | _____ | _____ | _____ |

Debtor    **RMBQ, Inc.**                                                     Case number (if known) _____
Name

---

65. **Goodwill**

_____    _____    _____    _____

66. **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.

[ _____ ]

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 11:**    All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____    _____  –  _____  = ➡  _____
                            Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____    _____
_____    Tax year _____    _____
_____    Tax year _____    _____

73. **Interests in insurance policies or annuities**

_____                           _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

**Complaints made with Dept. of Financial protection and Innovation (DFPI) against Merchant cash advances**                                                                **unknown**

Nature of claim        **Violations of law**

Amount requested        **$0.00**

---

Debtor    **RMBQ, Inc.**                                             Case number *(if known)*
            Name

| | |
|---|---|
| 75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| **Nature of claim** | |
| **Amount requested** | |
| 76. **Trusts, equitable or future interests in property** | |
| 77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| 78. **Total of Part 11**<br>Add lines 71 through 77. Copy the total to line 90. | |
| 79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**<br>☑ No<br>☐ Yes | |

Debtor    **RMBQ, Inc.**
_____    Case number *(if known)* _____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $122,957.60 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $30,679.46 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | unknown | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $300.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $33,225.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $8,800.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ............................................................. ➡ | | |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + unknown | |
| 91. **Total.** *Add lines 80 through 90 for each column* ............................91a. | $195,962.06 | + 91b. |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ...................................................................... | | $195,962.06 |

| QTY | Asset name | Size | Value |
|---|---|---|---|
| **14 Area** | | | |
| 1 | Flat top Grill | 36" | $250.00 |
| 2 | Flat top Grill | 24" | $400.00 |
| 2 | Commercial Fryer | 40lb | $600.00 |
| 1 | Grill Table | 36" | $100.00 |
| 2 | Grill Table | 24" | $150.00 |
| 2 | Reach in Refrigerator | Single | $300.00 |
| 2 | Reach in Freezer | Single | $300.00 |
| 2 | Sandwhich Prep Table | 60" | $300.00 |
| 1 | Clover POS System | Clover Duo | Lease |
| 1 | Stainless Steel Table | 36" | $75.00 |
| 1 | Microwave | n/a | $25.00 |
| 2 | Trailer | n/a | $6,000.00 |
| | | **Total** | **$8,500.00** |
| **21 Area** | | | |
| 1 | Flat top Grill | 48" | $400.00 |
| 1 | Flat top Grill | 36" | $250.00 |
| 2 | Commercial Fryer | 40lb | $600.00 |
| 1 | Grill Table | 48" | $150.00 |
| 1 | Grill Table | 36" | $100.00 |
| 1 | Reach in Refrigerator | Single | $150.00 |
| 1 | Reach in Freezer | Single | $150.00 |
| 2 | Sandwhich Prep Table | 60" | $300.00 |
| 1 | Clover POS System | Clover Duo | Lease |
| 1 | Stainless Steel Table | 36" | $75.00 |
| 1 | Microwave | n/a | $25.00 |
| 2 | Margarita Machine | 5 Gal | $1,000.00 |
| | | **Total** | **$3,200.00** |
| **22 Area** | | | |
| 1 | Flat top Grill | 36" | $250.00 |
| 1 | Flat top Grill | 24" | $200.00 |
| 1 | Commercial Fryer | 40lb | $300.00 |
| 1 | Grill Table | 36" | $150.00 |
| 1 | Grill Table | 24" | $100.00 |
| 1 | Reach in Refrigerator | Single | $150.00 |
| 1 | Reach in Freezer | Single | $150.00 |
| 1 | Sandwhich Prep Table | 60" | $150.00 |
| 1 | Clover POS System | Clover Duo | Lease |
| 1 | Stainless Steel Table | 36" | $75.00 |
| 1 | Microwave | n/a | $25.00 |
| 1 | Trailer | n/a | $3,000.00 |

|   |   | **Total** | **$4,550.00** |
|---|---|---|---|
| | **23 Area** | | |
| 1 | Flat top Grill | 36" | $400.00 |
| 1 | Flat top Grill | 12" | $100.00 |
| 1 | Commercial Fryer | 40lb | $300.00 |
| 1 | Grill Table | 48" | $150.00 |
| 1 | Reach in Refrigerator | Single | $100.00 |
| 1 | Sandwhich Prep Table | 36" | $100.00 |
| 1 | Clover POS System | Clover Duo | Lease |
| 1 | Stainless Steel Table | 36" | $75.00 |
| 1 | Chest Freezer | 5 cu | $25.00 |
| 1 | Microwave | n/a | $25.00 |
| 1 | Trailer | n/a | $500.00 |
| | | **Total** | **$1,775.00** |
| | **43 Area** | | |
| 1 | Flat top Grill | 36" | $250.00 |
| 1 | Flat top Grill | 24" | $200.00 |
| 1 | Commercial Fryer | 40lb | $300.00 |
| 1 | Grill Table | 36" | $150.00 |
| 1 | Grill Table | 24" | $100.00 |
| 1 | Reach in Refrigerator | Single | $250.00 |
| 1 | Reach in Freezer | Single | $250.00 |
| 1 | Sandwhich Prep Table | 60" | $150.00 |
| 1 | Clover POS System | Clover Duo | Lease |
| 1 | Stainless Steel Table | 36" | $75.00 |
| 1 | Microwave | n/a | $25.00 |
| 1 | Beverage cooler | n/a | $25.00 |
| 1 | Trailer | n/a | $3,000.00 |
| | | **Total** | **$4,775.00** |
| | **52 Area** | | |
| 1 | Flat top Grill | 48" | $450.00 |
| 1 | Flat top Grill | 36" | $400.00 |
| 2 | Commercial Fryer | 40lb | $600.00 |
| 1 | Grill Table | 48" | $175.00 |
| 1 | Grill Table | 36" | $150.00 |
| 1 | Walkin Cooler | 6' x 8' | $600.00 |
| 1 | Chest Freezer | 7 cu | $50.00 |
| 1 | Sandwhich Prep Table | 60" | $200.00 |
| 1 | Clover POS System | Clover Duo | Lease |
| 1 | Stainless Steel Table | 36" | $75.00 |
| 1 | Microwave | n/a | $25.00 |
| 1 | Rice Cooker | | $25.00 |

| | | | |
|---|---|---|---|
| 1 | Alto Shaam Slowcooker | Double | $300.00 |
| 1 | Trailer | n/a | $3,000.00 |
| | | **Total** | **$6,050.00** |

### 53 Area

| | | | |
|---|---|---|---|
| 1 | Flat top Grill | 48" | $350.00 |
| 1 | Flat top Grill | 36" | $300.00 |
| 1 | Commercial Fryer | 40lb | $250.00 |
| 1 | Grill Table | 48" | $100.00 |
| 1 | Grill Table | 36" | $75.00 |
| 2 | Reach in Refrigerator | Single | $200.00 |
| 1 | Chest Freezer | 7 cu | $50.00 |
| 1 | Sandwhich Prep Table | 60" | $150.00 |
| 2 | Clover POS System | Clover Duo | Lease |
| 1 | Stainless Steel Table | 36" | $75.00 |
| 1 | Microwave | n/a | $25.00 |
| 1 | Rice Cooker | | $25.00 |
| 1 | Walkin Cooler | 8' x 10' | $350.00 |
| | | **Total** | **$1,950.00** |

### 62 Area

| | | | |
|---|---|---|---|
| 1 | Flat top Grill | 48" | $350.00 |
| 1 | Flat top Grill | 24" | $250.00 |
| 1 | Commercial Fryer | 40lb | $250.00 |
| 1 | Grill Table | 48" | $100.00 |
| 1 | Grill Table | 24" | $50.00 |
| 2 | Walkin Cooler | 4' x 6' | $400.00 |
| 1 | Chest Freezer | 7 cu | $25.00 |
| 1 | Sandwhich Prep Table | 60" | $150.00 |
| 2 | Clover POS System | Clover Duo | Lease |
| 1 | Stainless Steel Table | 60" | $150.00 |
| 1 | Microwave | n/a | $25.00 |
| 1 | Rice Cooker | | $25.00 |
| | | **Total** | **$1,775.00** |

### Vehicles

| | Model | Year | Value |
|---|---|---|---|
| | Ford Transit | 2016 | $1,300.00 |
| | GMC Food Truck | 1998 | $6,000.00 |
| | Ford E350 | 2006 | $500.00 |
| | Ford Transit 250 | 2024 | Lease |
| | | **Total** | **$7,800.00** |

| **Grand Total** | **$40,375.00** |
|---|---|

Fill in this information to identify the case:

Debtor name **RMBQ, Inc.**

United States Bankruptcy Court for the: **Southern** District of **California**

(State)

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1** **Creditor's name**

**BSD CAPITAL, LLC DBA LENDISTRY**

**Creditor's mailing address**

**330 E. Lambert Rd #275**

**Brea, CA 92821**

**Creditor's email address, if known**

_____

**Date debt was incurred** **1/2018**

**Last 4 digits of account number** **7  0  0  0**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

_____

**Describe debtor's property that is subject to a lien**

_____

_____

_____

**Describe the lien**

**Security Interest on all assets**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: **$80,194.83**

Column B: **unknown**

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

**$460,707.83**

Debtor   **RMBQ, Inc.**
_____
Name

Case number (if known) _____

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A — **Amount of claim** Do not deduct the value of collateral.

Column B — **Value of collateral that supports this claim**

**2.2** **Creditor's name**

**CA Dept. of Tax and Fee Administration**

**Creditor's mailing address**

**PO Box Box 942879**

**Sacramento, CA 94279**

**Creditor's email address, if known**
_____

Date debt was incurred          **2021**

Last 4 digits of account        **9   1   4   4**
number

Do multiple creditors have an interest in the same property?

☐ No
☑ Yes. Have you already specified the relative priority?

  ☑ No. Specify each creditor, including this creditor, and its relative priority.

  For Kitchen Equipment (see attached): **1) CA Dept. of Tax and Fee Administration**; 2) David Taylor

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** UCC lien filed 12/9/2022

**Describe debtor's property that is subject to a lien**

Chase, Chase, Chase, Chase, EPX, Kitchen Equipment (see attached), Computers, printer/scanner, file cabinets, monitors, office chairs, misc. office items,

**Describe the lien**

**State Tax Lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**$380,513.00**     **$156,182.60**

| Debtor | **RMBQ, Inc.** | Case number (if known) _____ |
|---|---|---|
| | Name | |

| Part 1: | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.3** Creditor's name

**David Taylor**

**Creditor's mailing address**

**2525 Warm Springs Ln**

**Templeton, CA 93465**

**Creditor's email address, if known**

_____

Date debt was incurred    **12/2017**

Last 4 digits of account    __ __ __ __
number

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

        _____

        _____

    ☑ Yes. The relative priority of creditors is specified on lines **2.2**

**Describe debtor's property that is subject to a lien**

Kitchen Equipment (see attached)    **$0.00**    **$32,575.00**

**Describe the lien**

**Judgment Lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| Fill in this information to identify the case: |
| --- |

Debtor name **RMBQ, Inc.**

United States Bankruptcy Court for the:
**Southern District of California**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

**1.   Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☐ No. Go to Part 2.
☑ Yes. Go to line 2.

**2.   List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.1** Priority creditor's name and mailing address

**CA Dept of Tax and Fee Administration**

**PO Box Box 942879**

**Sacramento, CA 94279**

Date or dates debt was incurred
**2024-2025**

Last 4 digits of account number **0  9  8  8**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
**Sales and Use Tax**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim **$52,036.00**     Priority amount **$52,036.00**

**2.2** Priority creditor's name and mailing address

**Franchise Tax Board**

**Franchise Tax Board**

**PO Box 942840**

**Sacramento, CA 94240**

Date or dates debt was incurred
**12-2024-3/2025**

Last 4 digits of account number **7  0  0  0**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
**Income tax due**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim **$300,000.00**     Priority amount **$300,000.00**

Debtor **RMBQ, Inc.** _____     Case number *(if known)* _____
Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** Nonpriority creditor's name and mailing address

Adela Rayo

1221 Langford St.

Oceanside, CA 92058

Date or dates debt was incurred **4/2025**

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Wages Owed**

Is the claim subject to offset?
☑ No
☐ Yes

**$920.00**

**3.2** Nonpriority creditor's name and mailing address

Alliance Propane

31805 Temecula Parkway #645

Temecula, CA 92592

Date or dates debt was incurred **Feb-April 2025**

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Product provided**

Is the claim subject to offset?
☑ No
☐ Yes

**$6,174.00**

**3.3** Nonpriority creditor's name and mailing address

Alondra Melgar

238 Avenida del Poniente, Apt. C

San Clemente, CA 92672

Date or dates debt was incurred **4/2025**

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Wages Owed**

Is the claim subject to offset?
☑ No
☐ Yes

**$240.00**

**3.4** Nonpriority creditor's name and mailing address

ASAP Drain Guys Plumbing

999 Rancheros Dr Suite B

San Marcos, CA 92069

Date or dates debt was incurred **4/2025**

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services provided**

Is the claim subject to offset?
☑ No
☐ Yes

**$688.00**

| Debtor | **RMBQ, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

## Part 2: Additional Page

---

**3.5** Nonpriority creditor's name and mailing address

**Bridger Insurance Services**

**P.O Box 9**

**Pleasanton, CA 94588**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Insurance**

Is the claim subject to offset?
☑ No
☐ Yes

$175.79

---

**3.6** Nonpriority creditor's name and mailing address

**Candy Capital Corp**

**12 Bayview Ave Ste. 592**

**Lawrence, NY 11559**

Date or dates debt was incurred  **2/12/2025**

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Merchant Cash Advance**

Is the claim subject to offset?
☑ No
☐ Yes

$59,090.00

---

**3.7** Nonpriority creditor's name and mailing address

**Capytal.com**

**c/o Piekarski Law PLLC**

**1 Whitehall St. 200**

**New York, NY 10004**

Date or dates debt was incurred  **08/2024**

Last 4 digits of account number ___ ___ ___ ___

Remarks: Merchant Cash Advance

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Revenue Purchase Agreement**

Is the claim subject to offset?
☑ No
☐ Yes

$70,000.00

---

**3.8** Nonpriority creditor's name and mailing address

**Carmelita Hernandez**

**4782 Calle Solimar**

**Oceanside, CA 92057**

Date or dates debt was incurred  **5/2025**

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages Owed**

Is the claim subject to offset?
☑ No
☐ Yes

$1,109.75

---

Debtor  **RMBQ, Inc.**
Name

Case number *(if known)* _____

---

| Part 2: | Additional Page |

---

**3.9**  Nonpriority creditor's name and mailing address

**Charter Communications**

**400 Washington Blvd**

**Stamford, CT 06902**

Date or dates debt was incurred  **4/2025**

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services provided**

Is the claim subject to offset?
☑ No
☐ Yes

$86.23

---

**3.10**  Nonpriority creditor's name and mailing address

**Christian Sanchez**

**821 Old Stage Rd. Apt. 3**

**Fallbrook, CA 92028**

Date or dates debt was incurred  **4/2025**

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages Owed**

Is the claim subject to offset?
☑ No
☐ Yes

$920.00

---

**3.11**  Nonpriority creditor's name and mailing address

**Cosco Fire Protection, Inc.**

**4990 Greencraig Ln**

**San Diego, CA 92123**

Date or dates debt was incurred  **7/2024-10/2024**

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Coverage provided**

Is the claim subject to offset?
☑ No
☐ Yes

$10,820.00

---

**3.12**  Nonpriority creditor's name and mailing address

**County of San Diego**

**San Diego, CA**

Date or dates debt was incurred  **4/2025**

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
☑ No
☐ Yes

$895.00

---

| Debtor | **RMBQ, Inc.** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

## Part 2: Additional Page

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,411.00 |
|---|---|---|---|

**Cox Business**

29947 Avenida de las Bandera

Rancho Santa Margarita, CA 92688

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred    1/2025-4/2025

Basis for the claim: _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $60,000.00 |
|---|---|---|---|

**Cromwell Capital LLC**

398 E DaniaBeach Blvd 297

Dania, FL 33004

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date or dates debt was incurred    12/20/2024

Basis for the claim:   Revenue Purchase Agreement

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Remarks: Merchant Cash Advance

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,587.00 |
|---|---|---|---|

**Diamond Environment**

807 E Mission Rd

San Marcos, CA 92069

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred    1/2025--4/2025

Basis for the claim:   Services provided

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $183,627.00 |
|---|---|---|---|

**DMBB, LLC**

1400 Maiden Lane

San Diego, CA 92104

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date or dates debt was incurred    2023-2025

Basis for the claim:   Rental Lease Obligations

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Remarks: Lease of 1435 Camino Del Mar, Del Mar, CA 92104

---

Debtor **RMBQ, Inc.**
Name

Case number *(if known)* _____

**Part 2:** Additional Page

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $350.00 |
|------|---|---|---|

**3.17** Nonpriority creditor's name and mailing address

**Edgar Jose Melgar**

**523 Ave Los Flores Apt E.**

**San Clemente, CA 92672**

Date or dates debt was incurred **4/2025**

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Wages Owed**

Is the claim subject to offset?
☑ No
☐ Yes

**$350.00**

---

**3.18** Nonpriority creditor's name and mailing address

**Edgar Melgar Ventura**

**29835 Talitha Way**

**Murrieta, CA 92563**

Date or dates debt was incurred **4/2025**

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Wages Owed**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,272.00**

---

**3.19** Nonpriority creditor's name and mailing address

**EdgarMelgar**

**214 W. Escalones, Apt C**

**San Clemente, CA 92672**

Date or dates debt was incurred **4/2025**

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Wages Owed**

Is the claim subject to offset?
☑ No
☐ Yes

**$3,200.00**

---

**3.20** Nonpriority creditor's name and mailing address

**Eric Johnson Electric**

**654 Rudd Road**

**Vista, CA 92084**

Date or dates debt was incurred **4/2025**

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services provided**

Is the claim subject to offset?
☑ No
☐ Yes

**$5,000.00**

Debtor　__RMBQ, Inc._____    Case number *(if known)* _____
　　　　　Name

---

**Part 2:** Additional Page

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $740.00 |
|---|---|---|---|

**Esmeralda Medina Gonzalez**

**108 Ave. Dominguez**

**San Clemente, CA 92672**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Wages Owed

Date or dates debt was incurred　**4/2025**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number　__ __ __ __

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $760.00 |
|---|---|---|---|

**Esmeralda Ramos**

**774 Corte San Luis**

**Oceanside, CA 92057**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Wages Owed

Date or dates debt was incurred　**4/2025**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number　__ __ __ __

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $94,903.35 |
|---|---|---|---|

**Fiesta Food Service**

**2504 S Santa Fe Ave # C4**

**Vista, CA 92084**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Inventory provided

Date or dates debt was incurred　**2024**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number　__ __ __ __

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $800.00 |
|---|---|---|---|

**Gladys Araujo**

**240 Nevada Ave**

**Vista, CA 92084**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Wages Owed

Date or dates debt was incurred　**4/2025**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number　__ __ __ __

---

Debtor __**RMBQ, Inc.**_____     Case number *(if known)* _____
          Name

| Part 2: | Additional Page |
|---|---|

**3.25** Nonpriority creditor's name and mailing address

**Grasiela Rayo**

**302 Grant St. Apt. B**

**Oceanside, CA 92054**

Date or dates debt was incurred     **4/2025**

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:     $731.60
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages Owed**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.26** Nonpriority creditor's name and mailing address

**Hector Melgar**

**238 Avenida del Poniente, Apt. C**

**San Clemente, CA 92672**

Date or dates debt was incurred     **4/2025**

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:     $3,200.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages Owed**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.27** Nonpriority creditor's name and mailing address

**Jesus Melgar**

**214 W. Escalones Apt. C**

**San Clemente, CA 92672**

Date or dates debt was incurred     **4/2025**

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:     $1,365.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages Owed**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.28** Nonpriority creditor's name and mailing address

**Jose M. Melgar**

**27522 Jon Christian Place**

**Temecula, CA 92591**

Date or dates debt was incurred     **4/2025**

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:     $3,450.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages Owed**

Is the claim subject to offset?
☑ No
☐ Yes

Debtor    **RMBQ, Inc.**
Name

Case number *(if known)* _____

| Part 2: | Additional Page |
|---|---|

**3.29** Nonpriority creditor's name and mailing address

**Jose Ramon Melgar**

**27522 Jon Christian Place**

**Temecula, CA 92591**

Date or dates debt was incurred    **4/2025**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    **$710.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages Owed**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.30** Nonpriority creditor's name and mailing address

**Joseph Gomez**

**39680 Wild Flower Dr**

**Murrieta, CA 92563**

Date or dates debt was incurred    **4/2025**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    **$5,200.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages Owed**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.31** Nonpriority creditor's name and mailing address

**Joshua Schreer**

**c/o WestBrew Del Mar, LLC**

**1061 La Mirada Ct**

**Vista, CA 92081**

Date or dates debt was incurred    **2024-2025**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    **unknown**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Sublease on Del Mar**
Basis for the claim:  **Lease**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.32** Nonpriority creditor's name and mailing address

**JRG Funding LLC**

**80 Maiden Lane**

**New York, NY 10038**

Date or dates debt was incurred    **10/31/2024**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    **$257,737.50**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Purchase agreement**

Is the claim subject to offset?
☑ No
☐ Yes

Remarks: Merchant Cash Advance

---

Debtor    **RMBQ, Inc.**                                             Case number *(if known)* _____
_____
Name

| Part 2: | Additional Page |

---

**3.33** Nonpriority creditor's name and mailing address

**Juan Angel Estrada**

**465 W Clemmens Lane Apt. 38**

**Fallbrook, CA 92028**

Date or dates debt was incurred    **4/2025**

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages Owed**

Is the claim subject to offset?
☑ No
☐ Yes

$1,315.00

---

**3.34** Nonpriority creditor's name and mailing address

**Kevin Payan**

**1100 Calle Del Cerro Apt. 102**

**San Clemente, CA 92672**

Date or dates debt was incurred    **4/2025**

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages Owed**

Is the claim subject to offset?
☑ No
☐ Yes

$800.00

---

**3.35** Nonpriority creditor's name and mailing address

**Lawrence Funding Group**

**Agent for Service of Process:**

**25 Robert Pitt Drive Suite 204**

**Monsey, NY 10952**

Date or dates debt was incurred    **01/24/25**

Last 4 digits of account number    ___ ___ ___ ___

Remarks: Merchant Cash Advance

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Revenue Purchase Agreement**

Is the claim subject to offset?
☑ No
☐ Yes

$100.00

---

**3.36** Nonpriority creditor's name and mailing address

**LG Funding LLC**

**c/o Joseph Kress**

**1218 Union St Ste 2**

**Brooklyn, NY 11225**

Date or dates debt was incurred    **1/24/24**

Last 4 digits of account number    ___ ___ ___ ___

Remarks: Merchant Cash Advance

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Revenue Purchase Agreement**

Is the claim subject to offset?
☑ No
☐ Yes

$38,784.75

---

| Debtor | RMBQ, Inc. | Case number *(if known)* |
|--------|------------|--------------------------|
|        | Name |  |

## Part 2: Additional Page

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $960.00 |
|------|--------------------------------------------------|------------------------------------------------------------------------|---------|

**3.37** Nonpriority creditor's name and mailing address

Lorenzo Payan

602 Ave De La Estrella Apt. 17

San Clemente, CA 92672

Date or dates debt was incurred **4/2025**

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Wages Owed**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$960.00

---

**3.38** Nonpriority creditor's name and mailing address

Maria Isais

465 W Clemmens Lane Apt. 38

Fallbrook, CA 92028

Date or dates debt was incurred **4/2025**

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Wages Owed**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$819.50

---

**3.39** Nonpriority creditor's name and mailing address

Maria Rolim De Moura

2118 Laura Dr.

Escondido, CA 92027

Date or dates debt was incurred **4/2025**

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Wages Owed**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$3,100.00

---

**3.40** Nonpriority creditor's name and mailing address

MCCS Camp Pendleton

AC/MCCS (Regional Office-West)

Box 555020, Bldg 1377

Camp Pendleton, CA 92055

Date or dates debt was incurred **1/2025-4/2025**

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Commissions in lieu of rent on military base**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$129,474.00

Debtor   **RMBQ, Inc.**   Case number *(if known)* _____
Name

| Part 2: | Additional Page |
|---|---|

---

**3.41** Nonpriority creditor's name and mailing address

**Monday Funding LLC**

**26 Columbia Ave**

**Cedarhurst, NY 11516**

Date or dates debt was incurred   **2/14/2025**

Last 4 digits of account number   __ __ __ __

Remarks: Merchant Cash Advance

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:   **Revenue Purchase Agreement**

Is the claim subject to offset?
☑ No
☐ Yes

$27,500.00

---

**3.42** Nonpriority creditor's name and mailing address

**Mood Media**

**3860 Calle Fortunada Ste 100**

**San Diego, CA 92123**

Date or dates debt was incurred   **2023-2025**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Services provided**

Is the claim subject to offset?
☑ No
☐ Yes

$1,442.60

---

**3.43** Nonpriority creditor's name and mailing address

**Nora Hernandez**

**238 Avenida del Poniente, Apt. C,**

**San Clemente, CA 92672**

Date or dates debt was incurred   **4/2025**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Wages Owed**

Is the claim subject to offset?
☑ No
☐ Yes

$1,170.12

---

**3.44** Nonpriority creditor's name and mailing address

**Parkside Funding Group LLC**

**c/o Sol Setton**

**381 Sunrise Highway Suite 302**

**Lynbrook, NY 11563**

Date or dates debt was incurred   **1/30/25**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:   **Merchant Cash Advance**

Is the claim subject to offset?
☑ No
☐ Yes

$26,000.00

---

Debtor    **RMBQ, Inc.**
_____
Name                                                                          Case number *(if known)* _____

---

**Part 2:**   Additional Page

---

**3.45**  Nonpriority creditor's name and mailing address

**Patricia Jesus**

**530 Iowa St.,**

**Fallbrook, CA 92028**

Date or dates debt was incurred        **4/2025**

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:   $640.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages Owed**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.46**  Nonpriority creditor's name and mailing address

**Pepsi Bottling Group**

**6261 Caballero Blvd**

**Buena Park, CA 90620**

Date or dates debt was incurred        **11/2024-3/2025**

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:   $3,253.13
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Inventory provided**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.47**  Nonpriority creditor's name and mailing address

**Rocio Ocampo Atanacio**

**302 Grant St. Apt. B**

**Oceanside, CA 92054**

Date or dates debt was incurred        **4/2025**

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:   $800.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages Owed**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.48**  Nonpriority creditor's name and mailing address

**Rosisela Rayo**

**908 Langford St.**

**Oceanside, CA 92058**

Date or dates debt was incurred        **4/2025**

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:   $811.25
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages Owed**

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    **RMBQ, Inc.**
　　　　　　Name

Case number *(if known)* _____

---

### Part 2: Additional Page

| | |
|---|---|
| **3.49** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: **$2,336.73** |

**3.49** Nonpriority creditor's name and mailing address

**SDGE**

**8330 Century Park Court**

**San Diego, CA 92123**

Date or dates debt was incurred    **Feb-April 2025**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is: **$2,336.73**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility Services**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.50** Nonpriority creditor's name and mailing address

**Selvin Omar Contreras Melgar**

**101 W Marquita rd, #10**

**San Clemente, CA 92672**

Date or dates debt was incurred    **4/2025**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is: **$391.38**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages Owed**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.51** Nonpriority creditor's name and mailing address

**Sunshine Water Softners & More**

**245 S Quince St**

**Escondido, CA 92025**

Date or dates debt was incurred    **10/2024-4/2025**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is: **$1,592.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services provided**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.52** Nonpriority creditor's name and mailing address

**Tamara Ramirez**

**819 Eucalyptus Ave. Apt. C**

**Vista, CA 92084**

Date or dates debt was incurred    **4/2025**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is: **$635.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages Owed**

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor **RMBQ, Inc.** _____ Case number *(if known)* _____
Name

## Part 2: Additional Page

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $880.00 |
|---|---|---|---|

**3.53** Nonpriority creditor's name and mailing address

**Teresa Anguiano**

**27522 Jon Christian Place**

**Temecula, CA 92591**

Date or dates debt was incurred **4/2025**

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Wages Owed**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$880.00

---

**3.54** Nonpriority creditor's name and mailing address

**Tortilleria Hermanos Reyes**

**402 Olive Ave**

**Vista, CA 92083**

Date or dates debt was incurred **3/2025**

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Product provided**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$5,972.92

---

**3.55** Nonpriority creditor's name and mailing address

**Uptown Fund**

**1515 Pine St**

**Lakewood, NJ 08701**

Date or dates debt was incurred **12/30/2024**

Last 4 digits of account number ___ ___ ___ ___

Remarks: Merchant Cash Advance

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: **Revenue Purchase Agreement**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$96,770.00

---

**3.56** Nonpriority creditor's name and mailing address

**Vilma Payan**

**602 Ave De La Estrella Apt. 17**

**San Clemente, CA 92672**

Date or dates debt was incurred **4/2025**

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Wages Owed**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$1,111.00

Debtor **RMBQ, Inc.**        Case number *(if known)* _____
Name

## Part 2: Additional Page

**3.57** Nonpriority creditor's name and mailing address
**Viviana Flores**

**32625 San Nicholas rd**

**Lake Elsinore, CA 92530**

Date or dates debt was incurred    **4/2025**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Wages Owed**

Is the claim subject to offset?
☑ No
☐ Yes

**$880.00**

---

**3.58** Nonpriority creditor's name and mailing address
**Webfunder LLC**

**5150 Tamiami Trail N 302**

**Naples, FL 34103**

Date or dates debt was incurred    **05/2024**

Last 4 digits of account number    __ __ __ __

Remarks: Merchant Cash Advance

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

           Future Receivables
           sale and Purchase
Basis for the claim:   **agreement**

Is the claim subject to offset?
☑ No
☐ Yes

**$35,987.07**

---

**3.59** Nonpriority creditor's name and mailing address
**Yolanda Hernandez**

**804 Calle Puenta**

**San Clemente, CA 92672**

Date or dates debt was incurred    **4/2025**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Wages Owed**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,111.00**

---

**3.60** Nonpriority creditor's name and mailing address
**Yonis Yanes De Melgar**

**214 Escalones Apt. C**

**San Clemente, CA 92672**

Date or dates debt was incurred    **4/2025**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Wages Owed**

Is the claim subject to offset?
☑ No
☐ Yes

**$880.00**

Debtor  **RMBQ, Inc.**
_____
Name

Case number *(if known)* _____

---

| Part 2: | Additional Page |

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $792.00 |
|---|---|---|---|

**Zuleyma Montiel De Melgar**

**29835 Talitha Wa**

**Murrieta, CA 92563**

Date or dates debt was incurred    **4/2025**

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages Owed**

Is the claim subject to offset?
☑ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    **RMBQ, Inc.**
_____
Name

Case number *(if known)* _____

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 **David Fogel P.C.**<br>**1225 Franklin Avenue 201**<br>**Garden City, NY 11530** | Line **3.55**<br>☐ Not listed. Explain _____ | **F u n d** |
| 4.2 **Ershowsky Verstandig PLLC**<br>**c/o Joseph S. Jacobs, Esq**<br>**290 Central Avenue, Suite 109**<br>**Lawrence, NY 11559** | Line **3.32**<br>☐ Not listed. Explain _____ | **L L C** |
| 4.3 **First Corporate Solution as Representative of Uptown**<br>**(Agent for Service of Process)**<br>**914 S. Street**<br>**Sacramento, CA 95811** | Line **3.55**<br>☐ Not listed. Explain _____ | _ _ _ _ |
| 4.4 **Law Offices of Issac H. Greenfield, PLLC**<br>**c/o Isaac H. Greenfield, Esq.**<br>**2 Executive Blvd 305**<br>**Suffern, NY 10901** | Line **3.6**<br>☐ Not listed. Explain _____ | _ _ _ _ |
| 4.5 **Lieberman & Klestzick**<br>**c/o Sol Setton**<br>**381 Sunrise Highway 302**<br>**Lynbrook, NY 11563** | Line **3.58**<br>☐ Not listed. Explain _____ | **L L C** |
| 4.6 **Lieberman & Klestzick**<br>**c/o Sol Setton**<br>**381 Sunrise Highway 302**<br>**Lynbrook, NY 11563** | Line **3.44**<br>☐ Not listed. Explain _____ | _ _ _ _ |
| 4.7 **Piekarski Law PLLC**<br>**Michael Johnson, Esq.**<br>**1 Whitehall St 200**<br>**New York, NY 10004** | Line **3.7**<br>☐ Not listed. Explain _____ | **. c o m** |

Debtor   **RMBQ, Inc.**

Name

Case number *(if known)* _____

| **Part 4:** | Total Amounts of the Priority and Nonpriority Unsecured Claims |

**5.** **Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $352,036.00 |
| 5b. | **Total claims from Part 2** | 5b. **+** | $1,165,472.67 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $1,517,508.67 |

Fill in this information to identify the case:

Debtor name **RMBQ, Inc.**

United States Bankruptcy Court for the:
**Southern District of California**

Case number (if known): _____ Chapter **11**

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. Does the debtor have any executory contracts or unexpired leases?

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | **Debtors Sublease of 40573 Margarita Road to 2159 Maple Holdings, Inc. (the "Margarita Promenade")** | **2159 Maple Holdings, Inc.** |
| | | **Contract to be REJECTED** | **40573 Margarita Road, Suite E** |
| | State the term remaining | **0 months** | **Temecula, CA 92591** |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | **Lease of commercial space** | **DMBB, LLC** |
| | | **Contract to be REJECTED** | **1400 Maiden Lane** |
| | State the term remaining | **8 months** | **San Diego, CA 92104** |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | **Debtor's Sublease on Del Mar commercial lease** | **Joshua Schreer c/o WestBrew Del Mar, LLC** |
| | | **Contract to be REJECTED** | **1061 La Mirada Ct** |
| | State the term remaining | **0 months** | **Vista, CA 92081** |
| | List the contract number of any government contract | | |

| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | Monthly Commissions on food sales on base in lieu of rent. No fixed amount. Locations: 1. Area 62 BM, 62407 E St, Camp Pendleton North, CA 92055 2. Area 53 BM, 53020 5th St, Camp Pendleton North, CA 92055 3. Area 52 BM, 52040 Basilone Rd, Camp Pendleton North, CA 92055 4. Area 21 BM, Building 2100, 14521 15th St, Oceanside, CA 92058 5. Area 43 Trailer, 43301 Las Pulgas Rd, Camp Pendleton North, CA 92055 6. Area 23 Trailer, 23 Air Terminal, Camp Pendleton, CA 92055 7. Area 22 Trailer, 22 USMC Camp Pendleton, Oceanside, CA 92058 8. Area 14 Trailer, 14 20th St, Oceanside, CA 92058 | MCCS Camp Pendleton AC/MCCS (Regional Procurement Office-West) Box 555020, Bldg 1377 Camp Pendleton, CA 92055 |

Debtor    RMBQ, Inc.
Name

Case number (if known)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | Monthly Commissions based on sales, sold on base in lieu of rent. No fixed amount. Location: Miramar area 8, 8600 Bowington Road, Miramar Air Base, Oceanside, CA 92058 Contract to be ASSUMED | MCCS Miramar PO Box 452004/Building 6311 San Diego, CA 92145 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | Commercial Master Lease Contract to be REJECTED | Number2PC, LLC Jack Tarr 30240 Rancho Viejo Road, Ste. B San Juan Capistrano, CA 92675 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name **RMBQ, Inc.**

United States Bankruptcy Court for the: **Southern** District of **California**
(State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1.  Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2.  In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1: Codebtor* | | *Column 2: Creditor* | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Gomez, Esperanza** | _____ Street | **DMBB, LLC** | ☐ D ☑ E/F ☐ G |
| | _____ City        State        ZIP Code | **CA Dept of Tax and Fee Administration** | ☐ D ☑ E/F ☐ G |
| | | **BSD CAPITAL, LLC DBA LENDISTRY** | ☑ D ☐ E/F ☐ G |
| 2.2 **Gomez, Esperanza** | **36500 De Potola** Street | **DMBB, LLC** | ☐ D ☑ E/F ☐ G |
| | **Temecula, CA 92592** City        State        ZIP Code | **CA Dept of Tax and Fee Administration** | ☐ D ☑ E/F ☐ G |
| | | **BSD CAPITAL, LLC DBA LENDISTRY** | ☑ D ☐ E/F ☐ G |
| 2.3 **Gomez, John Paul** | _____ Street | **DMBB, LLC** | ☐ D ☑ E/F ☐ G |
| | _____ City        State        ZIP Code | | |

| Debtor | **RMBQ, Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

| | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.4 | **Gomez, Raymond** | **36500 De Potola**<br>Street<br><br>**Temecula, CA 92592**<br>City          State          ZIP Code | **JRG Funding LLC** | ☐ D  ☑ E/F  ☐ G |
| | | | **Webfunder LLC** | ☐ D  ☑ E/F  ☐ G |
| | | | **Number2PC, LLC** | ☐ D  ☐ E/F  ☑ G |
| | | | **Monday Funding LLC** | ☐ D  ☑ E/F  ☐ G |
| | | | **Capytal.com** | ☐ D  ☑ E/F  ☐ G |
| | | | **Uptown Fund** | ☐ D  ☑ E/F  ☐ G |
| | | | **David Taylor** | ☑ D  ☐ E/F  ☐ G |
| | | | **CA Dept. of Tax and Fee Administration** | ☑ D  ☐ E/F  ☐ G |
| | | | **LG Funding LLC** | ☐ D  ☑ E/F  ☐ G |
| | | | **DMBB, LLC** | ☐ D  ☑ E/F  ☐ G |
| | | | **Candy Capital Corp** | ☐ D  ☑ E/F  ☐ G |
| | | | **CA Dept of Tax and Fee Administration** | ☐ D  ☑ E/F  ☐ G |
| | | | **BSD CAPITAL, LLC DBA LENDISTRY** | ☑ D  ☐ E/F  ☐ G |
| | | | **Parkside Funding Group LLC** | ☐ D  ☑ E/F  ☐ G |

| Debtor | **RMBQ, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.5 | **Raymond Gomez** | **36500 De Potola** <br> Street <br><br> **Temecula, CA 92592** <br> City          State          ZIP Code | **JRG Funding LLC** | ☐ D  ☑ E/F  ☐ G |
| | | | **Webfunder LLC** | ☐ D  ☑ E/F  ☐ G |
| | | | **Number2PC, LLC** | ☐ D  ☐ E/F  ☑ G |
| | | | **Monday Funding LLC** | ☐ D  ☑ E/F  ☐ G |
| | | | **Capytal.com** | ☐ D  ☑ E/F  ☐ G |
| | | | **Uptown Fund** | ☐ D  ☑ E/F  ☐ G |
| | | | **David Taylor** | ☑ D  ☐ E/F  ☐ G |
| | | | **CA Dept. of Tax and Fee Administration** | ☑ D  ☐ E/F  ☐ G |
| | | | **LG Funding LLC** | ☐ D  ☑ E/F  ☐ G |
| | | | **DMBB, LLC** | ☐ D  ☑ E/F  ☐ G |
| | | | **Candy Capital Corp** | ☐ D  ☑ E/F  ☐ G |
| | | | **CA Dept of Tax and Fee Administration** | ☐ D  ☑ E/F  ☐ G |
| | | | **BSD CAPITAL, LLC DBA LENDISTRY** | ☑ D  ☐ E/F  ☐ G |
| | | | **Parkside Funding Group LLC** | ☐ D  ☑ E/F  ☐ G |

| Debtor | RMBQ, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.6 | **Taylor, David** | **2525 Warm Springs Lane** | **DMBB, LLC** | ☐ D |
| | | Street | | ☑ E/F |
| | | | | ☐ G |
| | | **Templeton, CA 93465** | | |
| | | City          State          ZIP Code | | |

**Fill in this information to identify the case:**

Debtor name _____**RMBQ, Inc.**_____

United States Bankruptcy Court for the:

_____**Southern District of California**_____

Case number (if known): _____    Chapter __11__

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |

**1. Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

1a. **Real Property:**

Copy line 88 from *Schedule A/B*...........................................................................

| $0.00 |

1b. **Total personal property:**

Copy line 91A from *Schedule A/B*.........................................................................

| $195,962.06 |

1c. **Total of all property:**

Copy line 92 from *Schedule A/B*...........................................................................

| $195,962.06 |

| Part 2: | Summary of Liabilities |

**2. Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

| $460,707.83 |

**3. Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

3a. **Total claim amounts of priority unsecured claims:**

Copy the total claims from Part 1 from line 5a of *Schedule E/F*.................................................

| $352,036.00 |

3b. **Total amount of claims of non-priority amount of unsecured claims:**

Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................................

| + $1,165,472.67 |

**4. Total liabilities**................................................................................................................

Lines 2 + 3a + 3b

| $1,978,216.50 |

Fill in this information to identify the case:

Debtor name **RMBQ, Inc.**

United States Bankruptcy Court for the:

**Southern District of California**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1:   Income

**1.   Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **01/01/2025** to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$1,743,758.00** |
| **For prior year:** From **01/01/2024** to **12/31/2024**<br>MM/ DD/ YYYY       MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$4,685,756.00** |
| **For the year before that:** From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY       MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$4,105,155.00** |

**2.   Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **01/01/2025** to Filing date<br>MM/ DD/ YYYY | _____ | _____ |
| **For prior year:** From **01/01/2024** to **12/31/2024**<br>MM/ DD/ YYYY       MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:** From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY       MM/ DD/ YYYY | _____ | _____ |

Debtor **RMBQ, Inc.** _____    Case number *(if known)* _____

Name

| **Part 2:** | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3.    Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.  **Parkside Funding Group LLC** <br> Creditor's name <br><br> **381 Sunrise Highway Suite 302** <br> Street <br><br> **c/o Sol Setton** <br><br> **Lynbrook, NY 11563** <br> City            State      ZIP Code | 3/4/2025<br>9733.34<br><br>2/25/25<br><br>2/18/25<br><br>2/11/25<br><br>2/4/25 | **$26,000.00** | ☐ Secured debt <br> ☑ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |
| 3.2.  **Monday Funding LLC** <br> Creditor's name <br><br> **26 Columbia Ave** <br> Street <br><br><br> **Cedarhurst, NY 11516** <br> City            State      ZIP Code | 3/7/25<br><br>3/6/25<br><br>3/5/25<br><br>3/4/25<br><br>3/3/25<br><br>3/5/25<br><br>2/27/25<br><br>2/26/25<br><br>2/25/25<br><br>2/24/25<br><br>2/21/25 | **$27,500.00** | ☐ Secured debt <br> ☑ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |
| 3.3.  **Candy Capital Corp** <br> Creditor's name <br><br> **12 Bayview Ave Ste. 592** <br> Street <br><br><br> **Lawrence, NY 11559** <br> City            State      ZIP Code | 2/18/25<br><br>2/18/25<br><br>2/28/25<br><br>3/3/25<br><br>3/4/25 | **$59,090.00** | ☐ Secured debt <br> ☑ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |

Debtor **RMBQ, Inc.**
_____
Name

Case number *(if known)* _____

---

3.4. **Uptown Fund**
Creditor's name

**1515 Pine St**
Street

_____

**Lakewood, NJ 08701**
City            State    ZIP Code

**3/10/25**

**3/3/25**

**2/3/25-2/24/25**

**1/21/2025**

**1/27/25**

_____

**$96,770.00**

☐ Secured debt
☑ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☐ Other _____

---

3.5. **Cromwell Capital LLC**
Creditor's name

**398 E DaniaBeach Blvd 297**
Street

_____

**Dania, FL 33004**
City            State    ZIP Code

**12/20/24-12/27/24**

**1/3/25-1/10/25**

**1/17/25-1/31/25**

**2/7/25-2/28/25**

**3/7/25**

**$60,000.00**

☐ Secured debt
☑ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☐ Other _____

---

3.6. **Capytal.com**
Creditor's name

**1 Whitehall St. 200**
Street

**c/o Piekarski Law PLLC**

**New York, NY 10004**
City            State    ZIP Code

**1/15/25-1/29/25**

**2/5/25-2/26/25**

**3/5/25**

**$70,000.00**

☐ Secured debt
☑ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☐ Other _____

---

3.7. **Webfunder LLC**
Creditor's name

**5150 Tamiami Trail N 302**
Street

_____

**Naples, FL 34103**
City            State    ZIP Code

**1/21/25-1/27/25**

**2/3/25-2/24/25**

**$35,988.00**

☐ Secured debt
☑ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☐ Other _____

---

3.8. **JRG Funding LLC**
Creditor's name

**80 Maiden Lane**
Street

_____

**New York, NY 10038**
City            State    ZIP Code

**1/15/25-1/31/25**

**2/7/25-2/21/2025**

**$257,737.50**

☐ Secured debt
☑ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☐ Other _____

---

Debtor    **RMBQ, Inc.**

Name                                                                Case number *(if known)*

| 3.9. | **LG Funding LLC** | 1/17/25 | **$38,784.75** | ☐ Secured debt |
|---|---|---|---|---|

| | Creditor's name | | | ☑ Unsecured loan repayments |

**1218 Union St Ste 2** — 2/12/25 — ☐ Suppliers or vendors

Street

**c/o Joseph Kress** — 2/14/25 — ☐ Services

**Brooklyn, NY 11225** — 1/24/25 — ☐ Other _____

City          State    ZIP Code

1/31/25

2/21/25

---

| 3.10. | **BSD CAPITAL, LLC DBA LENDISTRY** | 04/04/2025 | **$16,000.00** | ☑ Secured debt |
|---|---|---|---|---|

Creditor's name                                                ☐ Unsecured loan repayments

**330 E. Lambert Rd #275** — 03/04/2025 — ☐ Suppliers or vendors

Street                                                         ☐ Services

02/04/2025

☐ Other _____

**Brea, CA 92821**

City          State    ZIP Code

---

| 3.11. | **Lawrence Funding Group** | 3/7/25 | **$100.00** | ☐ Secured debt |
|---|---|---|---|---|

Creditor's name                                                ☑ Unsecured loan repayments

**25 Robert Pitt Drive Suite 204** — 3/6/25 — ☐ Suppliers or vendors

Street                                                         ☐ Services

**Agent for Service of Process:** — 3/4/25 — ☐ Other _____

**Monsey, NY 10952** — 2/27/25

City          State    ZIP Code

2/26/25

2/25/25

2/24/25

---

**4.    Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. | | | |
| Creditor's name | | | |
| | | | |
| Street | | | |
| | | | |
| City          State    ZIP Code | | | |
| **Relationship to debtor** | | | |

Debtor    RMBQ, Inc.                                                      Case number *(if known)*
_____
Name

**5.  Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. _____ Creditor's name _____ Street _____ _____ City          State     ZIP Code | _____ | _____ | _____ |

**6.  Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. **JRG Funding LLC** Creditor's name **80 Maiden Lane** Street **New York, NY 10038** City          State     ZIP Code | **Hold placed on Debtor's credit card processing account. Funds are still being held in the Debtor's 0011 bank account and have not been turned over to Creditor.** XXXX–**0  0  1  1** | **03/19/2025** | **$94,935.44** |

| **Part 3:** Legal Actions or Assignments |
|---|

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **JRG Funding LLC v. RMBQ, Inc. dba Ramones Mexican BBQ, et al.** Case number **EC2025-38435** | **Breach of Contract** | **Supreme Court of the State of New York- County of Washington** Name **383 Broadway** Street **Fort Edward, NY 12828** City          State     ZIP Code | ☑ Pending ☐ On appeal ☐ Concluded |
| 7.2. **Capytal.com v. RMBQ, Inc. et al.** Case number **E2025005919** | **Breach of Contract** | **Monroe County Supreme Court** Name **99 Exchange Blvd # 545** Street **Rochester, NY 14614** City          State     ZIP Code | ☑ Pending ☐ On appeal ☐ Concluded |

Debtor    **RMBQ, Inc.**

Name                                                           Case number *(if known)*

| 7.3. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Uptown Fund LLC v. RMBQ, Inc. dba Ramones Mexican BBQ et al.** | **Breach of Contract** | **Monroe County Supreme Court** Name **99 Exchange Blvd # 545** Street **Rochester, NY 14614** City          State     ZIP Code | ☑ Pending ☐ On appeal ☐ Concluded |
| | Case number **E2025005941** | | | |

| 7.4. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Candy Capital Corp. v. RMBQ, Inc. and Rayomnd Gomez** | **Breach of Contract** | **Supreme Court of the State of New York** Name **360 Adams St #4** Street **County of Kings** **Brooklyn, NY 11201** City          State     ZIP Code | ☑ Pending ☐ On appeal ☐ Concluded |
| | Case number **510810/2025** | | | |

| 7.5. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Parkside Funding Group Llc v. Rmbq Inc. D/B/A RAMONES MEX BBQ, Raymond Gomez** | **Breach of Contract** | **SUPREME COURT OF THE STATE OF NEW YORK** Name **100 Supreme Ct Dr** Street **Mineola, NY 11501** City          State     ZIP Code | ☑ Pending ☐ On appeal ☐ Concluded |
| | Case number **607568/2025** | | | |

**8.    Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| 8.1. | Custodian's name and address | Description of the property | Value |
|---|---|---|---|
| | Custodian's name Street City          State     ZIP Code | Case title Case number Date of order or assignment | Court name and address Name Street City          State     ZIP Code |

## Part 4:  Certain Gifts and Charitable Contributions

**9.    List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

Debtor    **RMBQ, Inc.**                                                    Case number *(if known)* _____
      Name

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | Recipient's name | | | |
| | Street | | | |
| | City                State     ZIP Code | | | |
| | Recipient's relationship to debtor | | | |

---

**Part 5:**   Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| 10.1. | | | |

---

**Part 6:**   Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

❑ None

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | **Sanchez & Baltazar Attorneys, PC** | **Total fees paid $33,262. Prepetition fees: $27,780 Balance in attorney-client trust fund account: $5,482. All funds are subject to Court approval and employment application.** | **4/7/25** | **$33,262.00** |
| | Address | | | |
| | **1140 S. Tremont Street, Suite 105**<br>Street | | | |
| | **Oceanside, CA 92054**<br>City                State     ZIP Code | | | |
| | Email or website address | | | |
| | **joanne@sblegalfirm.com** | | | |
| | Who made the payment, if not debtor? | | | |
| | **RMBQ, Inc.** | | | |

Name

| 11.2. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | **U.S. Bankruptcy Court- Southern District of California** | **Filing Fee** | **4/16/2025** | **$1,738.00** |

Address

**325 West F Street**
Street

**San Diego, CA 92101**
City          State    ZIP Code

Email or website address

Who made the payment, if not debtor?

| 11.3. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | **Sanchez & Baltazar Attorneys, P.C.** | **Pre-filing. Attorney fees and costs for restructuring and insolvency analysis and advice for the period March 17, 2025 to April 4, 2025** | **03/17/2025** | **$8,500.00** |

Address

**1140 S. Tremont Street Suite 105**
Street

**Oceanside, CA 92054**
City          State    ZIP Code

Email or website address

Who made the payment, if not debtor?

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |

Trustee

Debtor    **RMBQ, Inc.**                                    Case number *(if known)*
          Name

**13.  Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|-------|---------------------------|-----------------------------------------------------------------------------------|------------------------|-----------------------|
|       |                           |                                                                                   |                        |                       |

**Address**

Street

City                    State    ZIP Code

**Relationship to debtor**

---

| Part 7: | Previous Locations |
|---------|--------------------|

**14.  Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy |
|---------|--------------------|
| 14.1. **563 Industrial Way, Ste. 1**<br>Street<br><br>**Fallbrook, CA 92028**<br>City                    State    ZIP Code | From **2011**    To **Mar 2025** |

---

| Part 8: | Health Care Bankruptcies |
|---------|--------------------------|

**15.  Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

---

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          page **9**

Debtor **RMBQ, Inc.** _____ Case number *(if known)* _____
Name

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

15.1. _____
Facility name

_____          _____          _____
Street

| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
|---|---|---|

_____
City              State      ZIP Code

*Check all that apply:*

☐ Electronically

☐ Paper

---

## Part 9:  Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

      Does the debtor have a privacy policy about that information?

      ☐ No

      ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

      ☐ No. Go to Part 10.

      ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

      Has the plan been terminated?

      ☐ No

      ☐ Yes

---

## Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1  _____<br>Name<br><br>_____<br>Street<br><br>_____<br>City            State    ZIP Code | XXXX– _ _ _ _ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other<br>_____ | _____ | _____ |

---

Debtor    **RMBQ, Inc.**                                                          Case number *(if known)*
          Name

## 19. Safe deposit boxes

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | _____ Name | _____ | _____ | ☐ No |
| | _____ Street | _____ | _____ | ☐ Yes |
| | _____ | **Address** | _____ | |
| | _____ City        State      ZIP Code | _____ | | |

## 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | _____ Name | _____ | _____ | ☐ No |
| | _____ Street | _____ | _____ | ☐ Yes |
| | _____ | **Address** | _____ | |
| | _____ City        State      ZIP Code | _____ | _____ | |

---

### Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

## 21. Property held for another

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | _____ |
| _____ Name | _____ | _____ | |
| _____ Street | _____ | _____ | |
| _____ | _____ | _____ | |
| _____ City        State      ZIP Code | | | |

---

### Part 12:   Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- ■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- ■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

---

Debtor    RMBQ, Inc.                                                    Case number *(if known)*
_____
Name

■  *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | Name _____ | _____ | ☐ Pending |
| **Case number** | | _____ | ☐ On appeal |
| _____ | Street _____ | _____ | ☐ Concluded |
| | _____ | _____ | |
| | City    State    ZIP Code | _____ | |

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ | |
| _____ | _____ | _____ | |
| City    State    ZIP Code | City    State    ZIP Code | _____ | |

**24.  Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ | |
| _____ | _____ | _____ | |
| City    State    ZIP Code | City    State    ZIP Code | _____ | |

**Part 13:**   Details About the Debtor's Business or Connections to Any Business

**25.  Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

Official Form 207                     **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                     page **12**

Debtor  **RMBQ, Inc.**                                                                                                          Case number *(if known)* _____

     Name

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|

25.1.

Name

                                         EIN: _ _ – _ _ _ _ _ _ _

Street                                                                                                                           **Dates business existed**

                                         From _____  To _____

City           State    ZIP Code

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|

26a.1. **Dagoberto Dominguez, Dimension Business Service**        From _____  To **present**

Name

**245 Automn Rose Ln**

Street

**Fallbrook, CA 92028**

City           State    ZIP Code

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|

26b.1. **MCCS Camp Pendleton**        From **2010**  To **2025**

Name

**Box 555020, Bldg 1377**

Street

**AC/MCCS (Regional Procurement Office-West)**

**Camp Pendleton, CA 92055**

City           State    ZIP Code

| Name and address | Dates of service |
|---|---|

26b.2. **Candy Capital Corp**        From **2024**  To **2024**

Name

**12 Bayview Ave Ste. 592**

Street

**Lawrence, NY 11559**

City           State    ZIP Code

| Name and address | Dates of service |
|---|---|

26b.3. **Capytal.com**        From **2024**  To **2025**

Name

Street

City           State    ZIP Code

Debtor **RMBQ, Inc.** _____   Case number *(if known)* _____
Name

| Name and address | Dates of service |
|---|---|
| 26b.4. **LG Funding LLC** | From **2023** To **2025** |
| Name | |
| Street | |
| City          State          ZIP Code | |
| Name and address | Dates of service |
| 26b.5. **Parkside Funding Group LLC** | From **2025** To **2025** |
| Name | |
| **381 Sunrise Highway Suite 302** | |
| Street | |
| **c/o Sol Setton** | |
| **Lynbrook, NY 11563** | |
| City          State          ZIP Code | |
| Name and address | Dates of service |
| 26b.6. **Lawrence Funding Group** | From **2024** To **2025** |
| Name | |
| Street | |
| City          State          ZIP Code | |
| Name and address | Dates of service |
| 26b.7. **JRG Funding LLC** | From **2024** To **2025** |
| Name | |
| **80 Maiden Lane** | |
| Street | |
| **New York, NY 10038** | |
| City          State          ZIP Code | |
| Name and address | Dates of service |
| 26b.8. **Uptown Fund** | From **2024** To **2025** |
| Name | |
| **1515 Pine St** | |
| Street | |
| **Lakewood, NJ 08701** | |
| City          State          ZIP Code | |
| Name and address | Dates of service |
| 26b.9. **Webfunder LLC** | From **2024** To **2025** |
| Name | |
| **5150 Tamiami Trail N 302** | |
| Street | |
| **Naples, FL 34103** | |
| City          State          ZIP Code | |

Debtor **RMBQ, Inc.**
Name

Case number *(if known)*

| Name and address | Dates of service |
|---|---|
| 26b.10. **Monday Funding**<br>Name<br><br>**26 Columbia Avenue**<br>Street<br><br><br>**Cedarhurst, NY 11516**<br>City    State    ZIP Code | From **2025** To **2025** |

| Name and address | Dates of service |
|---|---|
| 26b.11. **Cromwell Capital LLC**<br>Name<br><br>**398 E DaniaBeach Blvd 297**<br>Street<br><br><br>**Dania, FL 33004**<br>City    State    ZIP Code | From **2024** To **2025** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.<br><br>Name<br><br>Street<br><br><br>City    State    ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1.<br><br>Name<br><br>Street<br><br><br>City    State    ZIP Code |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

Debtor **RMBQ, Inc.**                                   Case number *(if known)* _____
     Name

| Name and address of the person who has possession of inventory records |
|---|

27.1. _____
    Name

    _____
    Street

    _____

    _____
    City          State       ZIP Code

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Raymond Gomez** | **36500 De Potola Temecula, CA 92592** | **CEO/CFO, Officer and shareholder.** | **70.00%** |
| **Esperanza Gomez** | **36500 De Potola Temecula, CA 92592** | **, Secretary and shareholder.** | **30.00%** |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | , _____ | From _____ <br> To _____ |

**30.** Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **Raymond Gomez** <br> Name <br> **36500 De Potola** <br> Street <br> <br> **Temecula, CA 92592** <br> City  State  ZIP Code | **$621,361.** | **2024** | **Officer Salary (2024 K-1)** |

| Relationship to debtor |
|---|

**CEO, CFO, and Director**

Debtor   **RMBQ, Inc.**
Name                                                                                    Case number *(if known)*

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.2.  **Esperanza Gomez**<br>Name<br>**36500 De Potola**<br>Street<br><br>**Temecula, CA 92592**<br>City                    State          ZIP Code | **$266,297.** | **2024** | **Secretary, Shareholder Officer Salary (2024 K-1) S Corp** |

Relationship to debtor

**Secretary, shareholder**

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**
☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**
☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

## Part 14:   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **04/16/2025**
                    MM/  DD/  YYYY

**X** **/s/ Raymond Gomez**                         Printed name          **Raymond Gomez**
Signature of individual signing on behalf of the debtor

Position or relationship to debtor     **Chief Executive Officer**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☑ No
☐ Yes

| Debtor **RMBQ, Inc.** | | | |
| --- | --- | --- | --- |
| Name | | | |
| **Name and address of recipient** | **Amount of money or description and value of property** | **Dates** | **Reason for providing the value** |

30.2. **Esperanza Gomez**

Name

**36500 De Potola**

Street

**Temecula, CA 92592**

City            State        ZIP Code

|  | $266,297. | 2024 | Secretary, Shareholder Officer Salary (2024 K-1) S Corp |

**Relationship to debtor**

**Secretary, shareholder**

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
| --- | --- |
|  | EIN: __ __ – __ __ __ __ __ __ __ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
| --- | --- |
|  | EIN: __ __ – __ __ __ __ __ __ __ |

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **04/16/2025**

MM/  DD/  YYYY

_____     Printed name     **Raymond Gomez**

Signature of individual signing on behalf of the debtor

Position or relationship to debtor     **Chief Executive Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No

☐ Yes

| Fill in this information to identify the case: |
|---|
| Debtor name **RMBQ, Inc.** |
| United States Bankruptcy Court for the: **Southern District of California** |
| Case number (if known): |

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Franchise Tax Board<br>Franchise Tax Board<br>PO Box 942840<br>Sacramento, CA 94240 | | Income tax due | | | | $300,000.00 |
| 2 | JRG Funding LLC<br>80 Maiden Lane<br>New York, NY 10038 | | Purchase agreement | Disputed | | | $257,737.50 |
| 3 | CA Dept. of Tax and Fee Administration<br>PO Box Box 942879<br>Sacramento, CA 94279 | | State Tax Lien | Disputed | $380,513.00 | $156,182.60 | $224,330.40 |
| 4 | DMBB, LLC<br>1400 Maiden Lane<br>San Diego, CA 92104 | | Rental Lease Obligations | Contingent Disputed Unliquidated | $183,627.00 | $23,678.46 | $159,948.54 |
| 5 | MCCS Camp Pendleton<br>AC/MCCS (Regional Office-West)<br>Box 555020, Bldg 1377<br>Camp Pendleton, CA 92055 | | Commissions in lieu of rent on military base | | | | $129,474.00 |
| 6 | Uptown Fund<br>1515 Pine St<br>Lakewood, NJ 08701 | | Revenue Purchase Agreement | Disputed | | | $96,770.00 |
| 7 | Fiesta Food Service<br>2504 S Santa Fe Ave # C4<br>Vista, CA 92084 | | Inventory provided | | | | $94,903.35 |
| 8 | BSD CAPITAL, LLC DBA LENDISTRY<br>330 E. Lambert Rd #275<br>Brea, CA 92821 | | Security Interest on all assets | | | | $80,194.83 |

Debtor    **RMBQ, Inc.** _____    Case number *(if known)* _____

Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 Capytal.com<br>c/o Piekarski Law PLLC<br>1 Whitehall St. 200<br>New York, NY 10004 | | Revenue Purchase Agreement | Disputed | | | $70,000.00 |
| 10 Cromwell Capital LLC<br>398 E DaniaBeach Blvd 297<br>Dania, FL 33004 | | Revenue Purchase Agreement | Disputed | | | $60,000.00 |
| 11 Candy Capital Corp<br>12 Bayview Ave Ste. 592<br>Lawrence, NY 11559 | | Merchant Cash Advance | Disputed | | | $59,090.00 |
| 12 CA Dept of Tax and Fee Administration<br>PO Box Box 942879<br>Sacramento, CA 94279 | (800) 400-7115 | Sales and Use Tax | | | | $52,036.00 |
| 13 LG Funding LLC<br>c/o Joseph Kress<br>1218 Union St Ste 2<br>Brooklyn, NY 11225 | Joseph Kress<br>(212) 444-9870<br>kress@lgfunding.com | Revenue Purchase Agreement | Disputed | | | $38,784.75 |
| 14 Webfunder LLC<br>5150 Tamiami Trail N 302<br>Naples, FL 34103 | | Future Receivables sale and Purchase agreement | Disputed | | | $35,987.07 |
| 15 Monday Funding LLC<br>26 Columbia Ave<br>Cedarhurst, NY 11516 | | Revenue Purchase Agreement | Disputed | | | $27,500.00 |
| 16 Parkside Funding Group LLC<br>c/o Sol Setton<br>381 Sunrise Highway Suite 302<br>Lynbrook, NY 11563 | | Merchant Cash Advance | Disputed | | | $26,000.00 |
| 17 Cosco Fire Protection, Inc.<br>4990 Greencraig Ln<br>San Diego, CA 92123 | | Coverage provided | | | | $10,820.00 |
| 18 Alliance Propane<br>31805 Temecula Parkway #645<br>Temecula, CA 92592 | | Product provided | | | | $6,174.00 |
| 19 Tortilleria Hermanos Reyes<br>402 Olive Ave<br>Vista, CA 92083 | | Product provided | | | | $5,972.92 |
| 20 Joseph Gomez<br>39680 Wild Flower Dr<br>Murrieta, CA 92563 | | Wages Owed | | | | $5,200.00 |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of California

**In re**      RMBQ, Inc.

Case No. _____

**Debtor**                                    Chapter _____**11**_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.      Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ................................................      **Payments pursuant to Application for Compensation approved by this Court.**

Prior to the filing of this statement I have received .................................................**Retainer of $35,000 including the $1738 Court filing fee. Pre-petition fees $27,780.00. Court Filing Fee to be paid, post filing reducing the amount in counsel's trust account to $5,482 which sum will be held until withdrawal approved by the Court pursuant to a Employment and Fee Application.**

Balance Due ............................................................................................      **To be determined pursuant to an Application for Compensation filed by the Debtor's counsel and approved by this Court.**

2.      The source of the compensation paid to me was:

☑ Debtor          ☐ Other (specify)

3.      The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

4.      ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.      In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.      Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.      Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.      Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.      By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Page 1 of 2

B2030 (Form 2030) (12/15)

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| __04/16/2025__ | __/s/ Joanne P. Sanchez__ |
| Date | Joanne P. Sanchez |
| | *Signature of Attorney* |

Bar Number: 320070
Sanchez & Baltazar Attorneys, P.C.
1140 S. Tremont Street, Suite 105
Oceanside, CA 92054
Phone: (760) 302-4652

__Sanchez & Baltazar Attorneys, P.C.__
*Name of law firm*

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

IN RE: **RMBQ, Inc.**

CASE NO

CHAPTER 11

### VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date    **04/16/2025**          Signature _____

Raymond Gomez, Chief Executive Officer

2159 Maple Holdings, Inc.
40573 Margarita Road, Suite E
Temecula, CA 92591

Adela Rayo
1221 Langford St.
Oceanside, CA 92058

Alliance Propane
31805 Temecula Parkway #645
Temecula, CA 92592

Alondra Melgar
238 Avenida del Poniente, Apt. C
San Clemente, CA 92672

ASAP Drain Guys Plumbing
999 Rancheros Dr Suite B
San Marcos, CA 92069

Bridger Insurance Services
P.O Box 9
Pleasanton, CA 94588

BSD CAPITAL, LLC DBA
LENDISTRY
330 E. Lambert Rd #275
Brea, CA 92821

CA Dept of Tax and Fee
Administration
PO Box Box 942879
Sacramento, CA 94279

CA Dept. of Tax and Fee
Administration
PO Box Box 942879
Sacramento, CA 94279


Candy Capital Corp
12 Bayview Ave Ste. 592
Lawrence, NY 11559


Capytal.com
c/o Piekarski Law PLLC
1 Whitehall St. 200
New York, NY 10004


Carmelita Hernandez
4782 Calle Solimar
Oceanside, CA 92057


Charter Communications
400 Washington Blvd
Stamford, CT 06902


Christian Sanchez
821 Old Stage Rd. Apt. 3
Fallbrook, CA 92028


Cosco Fire Protection, Inc.
4990 Greencraig Ln
San Diego, CA 92123


County of San Diego
San Diego, CA

Cox Business
29947 Avenida de las Bandera
Rancho Santa Margarita, CA 92688

Cromwell Capital LLC
398 E DaniaBeach Blvd 297
Dania, FL 33004

David Fogel P.C.
1225 Franklin Avenue 201
Garden City, NY 11530

David Taylor
2525 Warm Springs Ln
Templeton, CA 93465

Diamond Environment
807 E Mission Rd
San Marcos, CA 92069

DMBB, LLC
1400 Maiden Lane
San Diego, CA 92104

Edgar Jose Melgar
523 Ave Los Flores Apt E.
San Clemente, CA 92672

Edgar Melgar Ventura
29835 Talitha Way
Murrieta, CA 92563

EdgarMelgar
214 W. Escalones, Apt C
San Clemente, CA 92672

Eric Johnson Electric
654 Rudd Road
Vista, CA 92084

Ershowsky Verstandig PLLC
c/o Joseph S. Jacobs, Esq
290 Central Avenue, Suite 109
Lawrence, NY 11559

Esmeralda Medina Gonzalez
108 Ave. Dominguez
San Clemente, CA 92672

Esmeralda Ramos
774 Corte San Luis
Oceanside, CA 92057

Fiesta Food Service
2504 S Santa Fe Ave # C4
Vista, CA 92084

First Corporate Solution as
Representative of Uptown
(Agent for Service of Process)
914 S. Street
Sacramento, CA 95811

Franchise Tax Board
Franchise Tax Board
PO Box 942840
Sacramento, CA 94240

Gladys Araujo
240 Nevada Ave
Vista, CA 92084


Esperanza Gomez
36500 De Potola
Temecula, CA 92592


Esperanza Gomez


John Paul Gomez


Raymond Gomez
36500 De Potola
Temecula, CA 92592


Grasiela Rayo
302 Grant St. Apt. B
Oceanside, CA 92054


Hector Melgar
238 Avenida del Poniente, Apt. C
San Clemente, CA 92672


Jesus Melgar
214 W. Escalones Apt. C
San Clemente, CA 92672

Jose M. Melgar
27522 Jon Christian Place
Temecula, CA 92591

Jose Ramon Melgar
27522 Jon Christian Place
Temecula, CA 92591

Joseph Gomez
39680 Wild Flower Dr
Murrieta, CA 92563

Joshua Schreer
c/o WestBrew Del Mar, LLC
1061 La Mirada Ct
Vista, CA 92081

LLC Joshua Schreer c/o
WestBrew Del Mar
1061 La Mirada Ct
Vista, CA 92081

JRG Funding LLC
80 Maiden Lane
New York, NY 10038

Juan Angel Estrada
465 W Clemmens Lane Apt. 38
Fallbrook, CA 92028

Kevin Payan
1100 Calle Del Cerro Apt. 102
San Clemente, CA 92672

Law Offices of Issac H. Greenfield, PLLC
c/o Isaac H. Greenfield, Esq.
2 Executive Blvd 305
Suffern, NY 10901

Lawrence Funding Group
Agent for Service of Process:
25 Robert Pitt Drive Suite 204
Monsey, NY 10952

LG Funding LLC
c/o Joseph Kress
1218 Union St Ste 2
Brooklyn, NY 11225

Lieberman & Klestzick
c/o Sol Setton
381 Sunrise Highway 302
Lynbrook, NY 11563

Lorenzo Payan
602 Ave De La Estrella Apt. 17
San Clemente, CA 92672

Maria Isais
465 W Clemmens Lane Apt. 38
Fallbrook, CA 92028

Maria Rolim De Moura
2118 Laura Dr.
Escondido, CA 92027

MCCS Camp Pendleton
AC/MCCS (Regional Office-West)
Box 555020, Bldg 1377
Camp Pendleton, CA 92055

MCCS Camp Pendleton
AC/MCCS (Regional Procurement
Office-West)
Box 555020, Bldg 1377
Camp Pendleton, CA 92055

MCCS Miramar
PO Box 452004/Building 6311
San Diego, CA 92145

Monday Funding LLC
26 Columbia Ave
Cedarhurst, NY 11516

Mood Media
3860 Calle Fortunada Ste 100
San Diego, CA 92123

Nora Hernandez
238 Avenida del Poniente, Apt. C,
San Clemente, CA 92672

Number2PC, LLC
Jack Tarr
30240 Rancho Viejo Road, Ste. B
San Juan Capistrano, CA 92675

Parkside Funding Group LLC
c/o Sol Setton
381 Sunrise Highway Suite 302
Lynbrook, NY 11563

Patricia Jesus
530 Iowa St.,
Fallbrook, CA 92028

Pepsi Bottling Group
6261 Caballero Blvd
Buena Park, CA 90620


Piekarski Law PLLC
Michael Johnson, Esq.
1 Whitehall St 200
New York, NY 10004


Raymond Gomez
36500 De Potola
Temecula, CA 92592


Rocio Ocampo Atanacio
302 Grant St. Apt. B
Oceanside, CA 92054


Rosisela Rayo
908 Langford St.
Oceanside, CA 92058


SDGE
8330 Century Park Court
San Diego, CA 92123


Selvin Omar Contreras Melgar
101 W Marquita rd, #10
San Clemente, CA 92672


Sunshine Water Softners &
More
245 S Quince St
Escondido, CA 92025

Tamara Ramirez
819 Eucalyptus Ave. Apt. C
Vista, CA 92084


David Taylor
2525 Warm Springs Lane
Templeton, CA 93465


Teresa Anguiano
27522 Jon Christian Place
Temecula, CA 92591


Tortilleria Hermanos Reyes
402 Olive Ave
Vista, CA 92083


Uptown Fund
1515 Pine St
Lakewood, NJ 08701


Vilma Payan
602 Ave De La Estrella Apt. 17
San Clemente, CA 92672


Viviana Flores
32625 San Nicholas rd
Lake Elsinore, CA 92530


Webfunder LLC
5150 Tamiami Trail N 302
Naples, FL 34103

Yolanda Hernandez
804 Calle Puenta
San Clemente, CA 92672

Yonis Yanes De Melgar
214 Escalones Apt. C
San Clemente, CA 92672

Zuleyma Montiel De Melgar
29835 Talitha Wa
Murrieta, CA 92563

## SPECIAL CONSENT FOR ACTION

## WITHOUT MEETING OF DIRECTORS OF RMBQ, INC.

THE UNDERSIGNED, being the sole director of RMBQ, INC., a California corporation (the "Corporation"), now in office consent, in lieu of a regular meeting of Director to the following resolutions:

BE IT RESOLVED, that it is in the best interests of the Corporation, to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the Untied Stated Code, therefore the Corporation shall file bankruptcy under the reorganization provisions of Chapter 11 of the U.S. Bankruptcy Court; and

BE IT RESOLVED, that Raymond Gomez, Chief Executive Officer (CEO) of the Corporation (the "Authorized Officer"), is hereby authorized and directed, on behalf of and in the name of the Corporation, to execute and verify all documents necessary or appropriate in connection with such bankruptcy case, and to cause the same to be filed with the Bankruptcy Court and the CEO is authorized and directed to execute all documents, and to take all actions deemed necessary, in the order to carry out and perform the purposes of these resolutions; and

RESOLVED FUTHER, that the CEO of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation and to otherwise do and perform all actions and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case; and

FURTHER RESOLVED, that the CEO of this Corporation is authorized and directed to seek authority to employ such attorneys, accountants, and other professional as may be necessary to efficiently conduct the administration of the estate in such bankruptcy case; and

FURTHER RESOLVED, that if the CEO fails to take all actions necessary to carry out and perform these resolutions, each of the officers and/or directors of this Corporation is authorized and directed to execute all documents, and to take all actions deemed necessary, in order to carry out and perform the purposes of these resolutions.

**DATE: April 16, 2025**

_____

RAYMOND GOMEZ,
Sole Director of RMBQ, Inc.

### United States Bankruptcy Court
#### Southern District of California

In re    **RMBQ, Inc.**

                                    Debtor(s)

Case No. _____

Chapter _____ **11** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for _____ **RMBQ, Inc.** _____ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

_____

☑ None [*Check if applicable*]

_____ **04/16/2025** _____
Date

_____ **/s/ Joanne P. Sanchez** _____

**Joanne P. Sanchez**
Signature of Attorney or Litigant
Counsel for _____ **RMBQ, Inc.** _____
**Bar Number: 320070**
**Sanchez & Baltazar Attorneys, P.C.**
**1140 S. Tremont Street, Suite 105**
**Oceanside, CA 92054**
**Phone: (760) 302-4652**
**Email: joanne@sanchezbaltazar.com**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

IN RE:                                                                    CHAPTER  11
**RMBQ, Inc.**

DEBTOR(S)                                                              CASE NO

### LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| **Raymond Gomez** 36500 De Portola Temecula, CA 92592 | Common Stock | 70000 | |
| **Esperanza G. Gomez** 36500 De Portola Temecula, CA 92592 | Common Stock | 30000 | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ Chief Executive Officer _____ of the _____ Nonpublic Corporation _____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true
and correct to the best of my information and belief.

Date: _04/16/2025_                    Signature: _____
                                                        Raymond Gomez, Chief Executive Officer